1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (State Bar No. 117213)
2  MOLLY J. MROWKA (State Bar No. 190133)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300

5       Attorneys for Defendant CUTERA, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT COURT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  PETER CONLAN,                    Case No. CV09-3406-MMC

13            Plaintiff,             **STIPULATION AND EXTENSION ON
                                     TIME FOR DEFENDANT TO RESPOND
14  v.                               TO PLAINTIFF'S COMPLAINT**

15  CUTERA, INC, a corporation,       AND ORDER THEREON

16            Defendant.

17

18                       **SIPULATION**

19       It is agreed and stipulated hereto, between Plaintiff PETER CONLAN, on the one hand

20  (hereinafter "Plaintiff"), and Defendant CUTERA, INC., on the other hand (hereinafter

21  "Defendant"), that Defendant shall have an extension of time to answer to Plaintiff's Complaint

22  for Wrongful Discharge in Violation of Public Policy, Breach of Contract, Violation of

23  Florida's Private Sector Whistleblower Act to Friday, October 9, 2009.

24  IT IS SO STIPULATED,

25  DATED: October 7, 2009              DILLINGHAM & MURPHY, LLP
                                        CARLA J. HARTLEY
26                                      MOLLY J. MROWKA

27                                      _____/s/_____
                                        Attorneys for Defendant
28                                      CUTERA, INC.

1   DATED: October 7, 2009

2

3

4

5   IT IS SO ORDERED,

6   Dated:_ October 8, 2009 _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY, ESQ.
CAROLYN LEARY, ESQ.

_____/s/_____
Attorneys for Plaintiff
PETER CONLAN

HONORABLE MAXINE M. CHESNEY

STIPULATION AND EXTENSION ON TIME FOR DEFENDANT TO RESPOND TO COMPLAINT