Cliff Palefsky, Esq. (SBN 77683)
Carolyn Leary, Esq. (SBN 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Tel:   415-421-9292
Fax:  415-403-0202

Attorneys for Plaintiff
PETER CONLAN

Carla J. Hartley (State Bar No. 117213)
Molly J. Mrowka (State Bar No. 190133)
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:  (415) 397-2700
Facsimile:  (415) 397-3300

Attorneys for Defendant
CUTERA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DIVISION OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PETER CONLAN,<br><br>  Plaintiff,<br><br>v.<br><br>CUTERA Inc.<br><br>  Defendant. | Case No. CV09-3406-MMC<br><br>ORDER DENYING **STIPULATION AND** ~~[PROPOSED]~~ ~~ORDER~~ **RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Current Date:  October 30, 2009<br>Time:              10:30 am<br><br>New Date:      November 13, 2009<br>Time:              10:30 am<br><br>Judge:           Hon. Maxine M. Chesney |

---

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
1

1  WHEREAS on July 24, 2009, the Honorable Maxine M. Chesney scheduled a Case Management Conference for October 30, 2009;

WHEREAS counsel for Plaintiff is currently in a trial before the Superior Court of the State of California that is now expected to continue through November 5, 2009;

WHEREAS the parties agree to continue the Case Management Conference to November 13, 2009;

IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

The Case Management Conference, currently set for October 30 at 10:30 am shall be continued to November 13, 2009 at 10:30 a.m.

Dated: October 29, 2009

McGUINN, HILLSMAN & PALEFSKY
Cliff Palefsky
Carolyn Leary

By: _____/S/_____

Attorneys for Peter Conlan

Dated: October 29, 2009

Dillingham & Murphy, LLP
Carla Hartley
Molly Mrowka

By: _____/S/_____

Attorneys for Cutera, Inc.



DENIED
Judge Maxine M. Chesney

IT IS ~~ORDERED.~~

The Honorable Maxine Chesney

Date: October 30, 2009