Cliff Palefsky, Esq. (SBN 77683)
Carolyn Leary, Esq. (SBN 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Tel:    415-421-9292
Fax:    415-403-0202

Attorneys for Plaintiff
PETER CONLAN

Carla J. Hartley (State Bar No. 117213)
Molly J. Mrowka (State Bar No. 190133)
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Defendant
CUTERA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DIVISION OF CALIFORNIA

San Francisco Division

PETER CONLAN,

          Plaintiff,

v.

CUTERA Inc.

          Defendant.

Case No. CV09-3406-MMC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). Provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date hereof, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: January 5, 2010

McGUINN, HILLSMAN & PALEFSKY
Cliff Palefsky
Carolyn Leary

By: _____/S/_____

Attorneys for Peter Conlan

Dated: January 5, 2010

Dillingham & Murphy, LLP
Carla Hartley
Molly Mrowka

By: _____/S/_____

Attorneys for Cutera, Inc.

IT IS SO ORDERED.



The Honorable Maxine Chesney

Date: January 6, 2010

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

2