Cliff Palefsky, Esq. (SBN 77683)
Carolyn Leary, Esq. (SBN 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Tel:    415-421-9292
Fax:    415-403-0202

Attorneys for Plaintiff
PETER CONLAN

Carla J. Hartley (State Bar No. 117213)
Molly J. Mrowka (State Bar No. 190133)
DILLINGHAM & MURPHY, LLP
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Defendant
CUTERA, INC.

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DIVISION OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PETER CONLAN | ) Case No. CV09-3406-MMC |
| | ) |
| | ) **STIPULATION AND ORDER FOR** |
| Plaintiff, | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| v. | ) |
| | ) |
| CUTERA Inc. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
415/421-9292

1    IT IS HEREBY STIPULATED by and between parties to this action through their

2    designated counsel that the above-captioned action be, and hereby is, dismissed with

3    prejudice pursuant to Fed.R.Civ.P. 41(a)(1).  Provided, however, that if any party hereto

4    shall certify to this Court, with a proof of service of a copy on opposing counsel, within 90

5    days from the date hereof, that the agreed consideration for the settlement has not been

6    delivered over, this Order shall stand vacated, and the action shall be restored to the

7    calendar to be set for trial.

Dated: January 5, 2010                      McGUINN, HILLSMAN & PALEFSKY
                                            Cliff Palefsky
                                            Carolyn Leary


                                            By: _____/S/_____

                                            Attorneys for Peter Conlan


Dated: January 5, 2010                      Dillingham & Murphy, LLP
                                            Carla Hartley
                                            Molly Mrowka


                                            By: _____/S/_____

                                            Attorneys for Cutera, Inc.


     IT IS SO ORDERED.

                                            Date: _January 6, 2010_____
The Honorable Maxine Chesney

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE